1  John E. Giust (CA Bar No. 196337; giust@fr.com)
   Matthew C. Bernstein (CA Bar No. 199240; bernstein@fr.com)
2  Joseph P. Reid (CA Bar No. 211082; reid@fr.com)
   FISH & RICHARDSON P.C.
3  12390 El Camino Real
   San Diego, California  92130
4  Telephone:  (858) 678-5070
   Facsimile:  (858) 678-5099
5
   S. Kameron Parvin (CA Bar No. 232349; parvin@fr.com)
6  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
7  Redwood City, California  94063
   Telephone:  (650) 839-5070
8  Facsimile:  (650) 839-5071

9  Attorneys for Plaintiff
   Hewlett-Packard Company
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

14

15 | HEWLETT-PACKARD COMPANY, | Case No. C05 01993 PJH
16 | Plaintiff, | **NOTICE OF DISMISSAL** AND ORDER
17 | v. |
18 | DIGITAL DEVELOPMENT CORPORATION, |
19 | Defendant |

21    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Hewlett-Packard

22 Company hereby dismisses the above-entitled action with prejudice, each party to bear its own

23 costs and attorneys' fees.

24 Dated: August 29, 2005          FISH & RICHARDSON P.C.

25

26                                By:  /s/
                                       S. Kameron Parvin
27
                                  Attorneys for Plaintiff
28                                HEWLETT-PACKARD COMPANY

Request for Dismissal

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1                                          NOTICE OF DISMISSAL
                                           Case No. C05 01993 PJH